IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIM ISAACS, individually and as next friend to minor plaintiff A.I.,<br><br>   Plaintiff,<br><br> v.<br><br>META PLATFORMS, INC., FACEBOOK HOLDINGS, LLC, FACEBOOK OPERATIONS, LLC, FACEBOOK PAYMENTS, INC., FACEBOOK TECHNOLOGIES, LLC, INSTAGRAM, LLC, AND SICULUS, INC.,<br><br>   Defendants. | Case No. 1:22-cv-03883 |

## DEFENDANT META PLATFORMS, INC.'S NOTIFICATION OF AFFILIATES

 Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Meta Platforms, Inc. ("Meta") discloses the following:

 1. Meta has no parent corporation. Blackrock, Inc., a publicly traded company, owns more than five percent of Meta's stock.

Dated: August 9, 2022

Respectfully submitted,

 /s/ *Jacob T. Spencer*
Jacob T. Spencer (N.D. Ill. #1023550)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 887-3792
Facsimile: (202) 530-4253
Email: JSpencer@gibsondunn.com

*Attorney for Defendants Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, and Siculus, Inc.*

**CERTIFICATE OF SERVICE**

I certify that, on August 9, 2022, a true and correct copy of this Notification of Affiliates was served by ECF on all counsel of record.

                                                               */s/ Jacob T. Spencer*
                                                                Jacob T. Spencer